United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 10, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 06-51125

_____

UNITED STATES OF AMERICA

              Plaintiff - Appellee

    v.

JESUS MIGUEL ANGEL-SALAZAR also known as, Jesus Miguel
Salazar

              Defendant - Appellant

_____
Appeal from the United States District Court for the
Western District of Texas, El Paso
(06-CR-801)
_____

Before SMITH, WIENER and OWEN, Circuit Judges.

PER CURIAM:[*]

    IT IS ORDERED that the Appellant's unopposed motion to

vacate sentence of the district court is GRANTED.

    IT IS FURTHER ORDERED that the Appellant's unopposed motion

to remand case for resentencing is GRANTED.

    IT IS FURTHER ORDERED that the Appellant's unopposed motion

to issue the mandate forthwith is DENIED as unnecessary.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.